UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PROFESSIONAL STAFFING -
A.B.T.S., INC.,**

    **Plaintiff,**

v.                                 Case No. 8:06-cv-1726-T-30EAJ

**EXECUTIVE RISK INDEMNITY, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal Without Prejudice (Dkt. #14). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear its own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1726.dismissal 14.wpd